HENRY WOUTERS, Appellant, v. EINER S. TROSDAL and Others, Respondents.— Order setting aside verdict in favor of plaintiff reversed upon the law and the facts, with costs, and verdict reinstated, with costs. We think the evidence is sufficient to support a finding that plaintiff was injured as he claimed, and that the evidence of his injuries warranted the verdict of the jury. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

In the Matter of the Application of LENA HOLLAND, a Stockholder and Director of HOLLAND BROTHERS REALTY CORPORATION, for a Peremptory Order Directing HOLLAND BROTHERS REALTY CORPORATION to Allow Her to Inspect Its Corporate Books.— Motion for stay pending appeal from peremptory mandamus order granted. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

EDWIN J. ANHALT, Respondent, v. LEONARD L. STEIN and CARL KAUFMAN, Appellants. (Action No. 1.) — Order granting plaintiff's motion for examination before trial, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

ATLANTIC TERRA COTTA COMPANY, Plaintiff, v. RUBENFELD CONSTRUCTION CORPORATION, Defendant. EAGLE INDEMNITY COMPANY, Appellant; FRANK D. CREAMER & Co., INC., and WILLIAM M. YOUNG, Respondents.— Order granting motion to open default of respondents affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

LUCY BELTER, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JOSEPH M. L. BRUNO, Respondent, v. ROSIE SCHECHTMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MINNIE ENGELS, Appellant, v. JULIUS UEBELE and MATHILDE UEBELE, Respondents.— Order granting defendants' motion to dismiss second amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.